

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS

ATTORNEY GENERAL

Honorable M. M. Wilshire
County Auditor
Kaufman County
Kaufman, Texas

Dear Sir:

Opinion No. O-5924

Re: Is it legal for the
Commissioners' Court of
Kaufman County to accept
less than the 5% interest
which the bonds in question
carry?

We are in receipt of your letter of recent date
reading as follows:

"The Tolosa Common School District of
Kaufman County has outstanding in bonds $8,900.00.
$3,500 is owned by the Permanent School Fund and
$5,400.00 is owned by Road District #7 of Kaufman
County. The tax collections of the Tolosa District
have not been sufficient to take care of the interest
on this issue.

"This question has come up; is it legal for the
Commissioners' Court of Kaufman County to accept
less than the 5% interest rate which these bonds
carry.

"Since the interest payment date on these bonds
comes early in April will you please give us a
opinion at once if possible."

You are advised that in our opinion the Commis-
sioners' Court is without authority to accept less than
the 5% interest which the bonds bear. Section 55 of Art. 3
of the Constitution reads as follows:

MUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable M. M. Wilshire     Page 2

"Sec. 55. The Legislature shall have no power to release or extinguish, or to authorize the releasing or extinguishing, in whole or in part, the indebtedness, liability or obligation of any incorporation or individual, to this State, or to any county or other municipal corporation therein."

In the case of Delta County vs Blackburn, 93 S. W. 419, the Supreme Court held that where a county had sold its school lands for a certain sum payable at a certain time, represented by a note bearing 7% interest, it had no power before the note came due to enter into a contract with the vendee, after he has paid the agreed interest for a time, reducing the rate of interest to 3% for the balance of the time which the note had to run. This would be a release to him of an obligation to the county which is forbidden by the Constitution.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

C. F. Gibson
Assistant

CFG:ncd

